UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :      Crim. No. 09-558 (DRD)

                    v.              :

RASHAWN BILLUPS,                    :      Hon. Dickinson R. Debevoise
     a/k/a "Rashawn Bond,"
     a/k/a "Shawny,"                :
ALMIESHA BILLUPS,
     a/k/a "Me-Me,"                 :      CONTINUANCE ORDER
RAYSHAWN ROSS, a/k/a "Dre,"
and AL-RASCHID GORDON,              :
     a/k/a "Sheed"

          This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney,
appearing), and defendants Rashawn Billups (Roy Greenman, Esq.,
appearing), Almiesha Billups (Ruth Liebesman, Esq., appearing),
Rayshawn Ross (John McGovern, Esq., appearing), and Al-Raschid
Gordon (Richard Verde, Esq., appearing) for an order granting a
continuance of the proceedings in the above-captioned matter for
a period of 130 days, and the defendants being aware that they
have the right to have the matter brought to trial within 70 days
of the date of their appearance before a judicial officer of this
court pursuant to Title 18 of the United States Code, Section
3161(c)(1), and as the defendants have consented to such a
continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2.  Defendants have consented to the aforementioned continuance;

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this __14th__ day of December, 2009,

IT IS ORDERED that this action be, and hereby is, continued for a period of 130 days; and it is further

ORDERED that the period from and including December 11, 2009, through and including April 21, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Motions Hearing: April 5, 2010

Trial: April 13, 2010

HON. DICKINSON R. DEBEVOISE
United States District Judge

Roy Greenman, Esq.
Counsel for Rashawn Billups

Ruth Liebesman, Esq.
Counsel for Almiesha Billups

John McGovern, Esq.
Counsel for Rayshawn Ross

Richard Verde, Esq.
Counsel for Al-Raschid Gordon

TOTAL P.04

ORDERED that the calendar for this matter shall be revised as follows:

**Motions Hearing: April 5, 2010**

**Trial: April 13, 2010**

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

_____
Roy Greenman, Esq.
Counsel for Rashawn Billups

_____
Ruth Liebesman, Esq.
Counsel for Almiesha Billups

_____
John McGovern, Esq.
Counsel for Rayshawn Ross

_____
Richard Verde, Esq.
Counsel for Al-Raschid Gordon

ORDERED that the calendar for this matter shall be
revised as follows:

Motions Hearing: April 5, 2010

Trial: April 13, 2010

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

_____
Roy Greenman, Esq.
Counsel for Rashawn Billups

_____
Ruth Liebesman, Esq.
Counsel for Almiesha Billups

_____
John McGovern, Esq.
Counsel for Rayshawn Ross

_____
Richard Verde, Esq.
Counsel for Al-Raschid Gordon

ORDERED that the calendar for this matter shall be
as follows:

Motions Hearing: April 5, 2010

Trial: April 13, 2010

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

Robert J. Noble 12/11/2009